Anthony Jefferson
Name

EDCF P.O. Box 311-44578

El Dorado, Kan. 67042
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Anthony Jefferson Plantiff
(Full Name)

V.

Jace Ahrens et al, Defendant(s)

Allen mason, matthew moore, Leonard moore, Jaysic Staats, Cameron Lamb-Hunt, Daniel Romero, Alex Mc Collough

CASE NO. 24-3024-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Anthony Jefferson, is a citizen of KANSAS
   (Plaintiff)                              (State)

   who presently resides at El Dorado Corr. Facility P.O. Bx. 311-44578
                                              (Mailing address or place
   El Dorado, KS. 67042                                  .
   of confinement.)

2) Defendant Jace Ahrens is a citizen of
              (Name of first defendant)

   KANSAS                           , and is employed as
   (City, State)

   Lieutenant                           . At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

   He was one of the Lieutenant's on duty at
   the time who was the cause of my injuries.

3) Defendant <u>Allen mason</u> is a citizen of
   <u>(Name of second defendant)</u>

   <u>KANSAS</u>, and is employed as
   <u>(City, state)</u>

   <u>Lieutenant</u>. At the time the
   <u>(Position and title, if any)</u>

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

   <u>He was one of the Lieutenant's present at the time</u>
   <u>my injurys occurred From being assault and battery</u>
   He took part in Holding me down while it occurred.
   (Use the back of this page to furnish the above information for additional defendants.)
   See back of p3. For 6 additional defendants

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   _____

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case: <u>on 10/20/2023 I was in a altercation</u>
   <u>w/ Lt. Ahrens, we went to the Floor and separated.</u>
   <u>Responding staff were holding me down I was fully</u>
   <u>compliant when Lt. Ahrens came back over while</u>
   <u>I was RESTRAINT by several other officers, and</u>
   <u>started beating me, punching me in my face, back of</u>
   <u>my head and lower rib cage to the point I have</u>
   <u>3 teeth knocked loose and a deep contusion on</u>
   <u>my lower ribs. To this day I'm still being treated</u>
   For my injuries 25 Dec, 2023

                                                                    2

| | |
|---|---|
| Matthew Moore<br>KANSAS<br>Deputy Warden | (YES) He was present while the assault and battery occurred and watched it happen. He also reviews ALL use of Force at EDCF. |
| Leonard Moore<br>KANSAS<br>Major | (YES) He responded to the altercation and was present while I was being assaulted and batter. He also reviews ALL USE OF Force at EDCF. |
| Jaysic Staats<br>KANSAS<br>CoII Officer | (YES) He responded to the altercation and held my arms behind my back while I was assaulted and batter. |
| Cameron Lamb-Hunt<br>KANSAS<br>SST Officer | (YES) He responded to the altercation and held my legs in a locked position while I was being assaulted and batter. |
| Daniel Romero<br>KANSAS<br>Disciplinary Officer | (YES) He responded to the altercation and held me down while I was being assaulted and batter. |
| Alex McCollough<br>KANSAS<br>Disciplinary Lt. Officer | (YES) He responded to the altercation and held me down w/ his knee's in my back while I was being assaulted and batter. |

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Violation of my 8th Amendment Rights under cruel and unusual punishment. Physical and Emotional injury. 14TH Amendment Rights Equal protection (of the laws.) see additional pgs. w/ defendants listed

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

On 10/20/2023 I was in a altercation w/ Lt. Ahrens, we went to the floor and were separated. Responding staff were holding me down, legs, arms behind my back full weight of officers knee's in my lower back. I was RESTRAINT and fully compliant when Lt. Ahrens came back over and started punching me in my face, back of the head and lower rib cage area to the point I received 3 teeth knocked loose a deep contusion on my lower rib cage area. Lt. Ahrens is 280-300 lbs. I'm still in pain and being treated at present date 25 Dec. 2023. ~~under KSA. This can~~

B) (1) Count II: Deliberate Indifference, incurred is unconscionable, pain and suffering. By ALL officers who were present and stood silent nor did any thing to stop the abuse or my Abusers.

(2) Supporting Facts: Lt. Allen Mason was present on 10/20/2023 prior to my altercation w/ Lt. Ahrens when I requested for him to cuff me up several times prior to Lt. Ahrens stating "thats not how this is going to work" while I was RESTRAINT Lt. Mason was holding my legs as well when Lt. Ahrens came over and started punching me in my face, head and lower rib area. Lt. Mason never told him to stop nor tried to stop Lt. Ahrens from assaulting or battering me. He stood silent.

(2) Supporting Facts

Major Leonard Moore responded to the altercation and stood silent while several IIms were hollering at staff about Lt. Ahrens punching on me, he also witnessed this and reviews All use of Force which makes him COMPLICIT.

CoII Jaysic Staats responded, he was holding me down and holding my arms behind my back while Lt. Ahrens punched me in my Face, back of the head and lower rib area and he stood silent nor said nor stop the abuse.

SST Cameron Lamb-Hunt responded 10/20/23 and was holding my legs while I was Fully compliant and watched Lt. Ahrens punch on me, he stood silent which makes him complicit, he did nothing to stop my Abuser.

Disc., Daniel Romero responded 10/20/23 he also held me down and while I was Fully compliant allowed Lt. Ahrens to punch me until he knocked 3 teeth loose and gave me a deep contusion in my rib area.

Lt. Alex McCollough responded 10/20/23 help hold my Arms behind my back while I was being punched in my Face and he stood silent, which makes him complicit, nor did he try and stop my Abuser.

C) (1) Count III: <u>Deliberate Indifference</u>

(2) Supporting Facts: <u>On 10/20/23 Deputy warden matthew moore was present and standing only feet away while I was fully compliant and restraint when Lt. Ahrens started assaulting and battering me, he also reviews All use of force at EDCF and he has stood silent on my use of force nor did he stop Lt. Ahrens from knocking my teeth loose. He watched w/ all the others. which makes him complicit.</u>

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes [X] No [ ] . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: <u>Anthony Jefferson</u>

   Defendants: <u>J. Ahreas, A. Mason, M. Moore, L. Moore, J. Staats, C. Lamb-Hunt, D. Romero, A. McCollough etal</u>

   b) Name of court and docket number <u>U.S. District Court District of KS,</u> <u>5:23-CV-03263 JWL</u>

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) <u>Case Pending</u>

   d) Issues raised <u>Bodily Harm, Battery, Excessive use of Force</u>

4

e) Approximate date of filing lawsuit  12/29/2023

f) Approximate date of disposition  PENDING

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Exhusted Remedies under PLRA S.O.C. Designee D. Holthaus responded 12/19/2023 "stating I will not be responding w/ a substantive response, have my ATTY, speak w/ our Legal Counsel."
I also filed a personal Injury claim under IMPP 01-118D on 27 Oct, 2023 which has never been responded to as of this date Jan, 28, 2024

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$100,000 for Damages, pain, suffering, emotional distress I've been under since the battery, I'm still in pain from my teeth Knocked loose and have head ache's from the force of being punched repeatedly in my Face & Back of my head 15-20 times.

_____          A. L. Jefferson
Signature of Attorney (if any)           Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

CERTIFICATE OF SERVICE

(For Registered Electronic Filing Users)

I hereby certify that on  <u>22 JAN, 2024</u>, I electronically filed the foregoing document with the clerk of
(Date)

the court by using the CM/ECF system which will send a notice of electronic filing to the following: JACE Ahrens, Allen Mason, Matthew Moore, Leonard Moore, Jaysic Staats, Cameron Lamb-Hunt, Daniel Romero, Alex McCollough.

*[list parties that are CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to the following non-CM/ECF participants:

*[list parties that are not CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/ _____
Name _____
Address _____
_____
Phone Number _____
Email Address _____

-5-